IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR72 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MELINDA J. BRUMBAUGH, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the defendant's motion for release of records (Filing No. 82). The motion will be granted.

**IT IS ORDERED:**

1. The defendant's motion for release of records (Filing No. 82) is granted.

2. The Nebraska Correctional Center for Women shall release to the defendant's counsel, Barbara Thielen, upon her request, all records, documents and information contained in Melinda J. Brumbaugh's master institutional file. This Order includes, but is not limited to, the following records:

    a. Work records;

    b. Educational records;

    c. Programming and disciplinary records;

    d. Mental health and psychological records;

    e. Substance abuse records; and

    f. All other records kept pursuant to Neb. Rev. Stat. § 83-178.

DATED this 23rd day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge