IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:07CR72 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TO SEAL RECORD |
| | ) | |
| MELINDA J. BRUMBAUGH, | ) | |
| | ) | Chief Judge Bataillon |
| Defendant. | ) | Magistrate Judge Thalken |

This matter is before the Court on the Defendant's motion to restrict access to unredacted documents. The motion will be granted.

IT IS SO ORDERED:

1. The Defendant's motion to restrict access to unredacted documents is granted.

2. The Clerk's Office shall scan and upload the documents to the System and restrict its access to the Court and counsel of record pursuant to the E-Government Act.

DATED this 11th day of September, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge